O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEREN L. CHHENG, <br><br>　　　　　　Plaintiff, <br>　　v. <br>LITTON LOAN SERVICING, LP, et al., <br><br>　　　　　　Defendants. | Case No. 2:12-cv-02556-ODW(ANx) <br><br>**ORDER DISMISSING CASE** |

　　　　On July 10, 2012, the Court granted Defendants' unopposed motions to dismiss and provided Plaintiff 14 days to amend her Complaint. (ECF No. 16.) The Court noted that failure to amend within 14 days would result in dismissal of this action with prejudice. As of the date of this Order, the Court has received neither an amended complaint nor anything the Court could construe as a request for a continuance. This case is therefore **DISMISSED WITH PREJUDICE**.

　　　　**IT IS SO ORDERED.**

July 30, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**