**O**
                                                                    JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEREN L. CHHENG, | Case No. 2:12-cv-02556-ODW(ANx) |
| Plaintiff, | **ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT [27, 30]** |
| v. | |
| LITTON LOAN SERVICING, LP; OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.; QUALITY LOAN SERVICE CORPORATION; PLAZA HOME MORTGAGE, INC.; US BANK NATIONAL ASSOCIATION, as trustee for GSAA Home Equity Trust 2007-1, Asset-backed Certificates, Series 2007-1; and DOES 1–10, inclusive, | |
| Defendants. | |

The Court has considered the papers submitted in support of and in opposition to Plaintiff Sheren Chheng's *second* Motion for Relief from Judgment. (ECF No. 27.) For the reasons set forth in Plaza Home Mortgage's Opposition (ECF No. 29), Chheng's Motion is **DENIED**. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

December 4, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**