O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEREN L. CHHENG,<br><br>            Plaintiff,<br>     v.<br><br>LITTON LOAN SERVICING, LP;<br>OCWEN LOAN SERVICING, LLC;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SERVICES, INC.;<br>QUALITY LOAN SERVICE<br>CORPORATION; PLAZA HOME<br>MORTGAGE, INC.; US BANK<br>NATIONAL ASSOCIATION, as trustee<br>for GSAA Home Equity Trust 2007-1,<br>Asset-backed Certificates, Series 2007-1;<br>and DOES 1–10, inclusive,<br><br>            Defendants. | Case No. 2:12-cv-02556-ODW(ANx)<br><br>**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT [27, 30]** |

1 | The Court has considered the papers submitted in support of and in opposition to Plaintiff Sheren Chheng's *second* Motion for Relief from Judgment. (ECF No. 27.) For the reasons set forth in Plaza Home Mortgage's Opposition (ECF No. 29), Chheng's Motion is **DENIED**. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

December 4, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**